IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THOMAS SINGLETARY,  Plaintiff,  vs.  DR. GARBUTT, et al.,  Defendants. | Case No. 2:06-cv-01569 JKS DAD P  ORDER |
|---|---|

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On March 7, 2007, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

Specifically, the magistrate judge recommended dismissal because Plaintiff failed to comply with the Court's direction to file a status report. The Court has reviewed the file and notes that Plaintiff has yet to file the status report as directed. Having reviewed the file and found the findings and recommendations to be supported by the record and by the magistrate judge's analysis, the Court finds dismissal appropriate. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed March 7, 2007, are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk shall enter judgment accordingly.

Dated this the 21st day of February 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge