IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS SINGLETARY,

      Plaintiff,                      No. CIV S-06-1569 JKS DAD P

    vs.

DR. GARBUTT, et al.,

      Defendants.              ORDER

_____/

        On April 30, 2008, plaintiff filed a motion for appointment of counsel. This civil rights action was closed on February 21, 2008. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 6, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ja
sing1569.58